El Pueblo de Puerto Rico, demandante y apelado *v.* Telésforo Sepúlveda, acusado y apelante.

No. 4830.—*Sometido:* Noviembre 23, 1932. *Resuelto:* Noviembre 28, 1932.

*Leopoldo Tormes García,* abogado del apelante; *R. A. Gómez, Fiscal,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Córdova Dávila, emitió la opinión del tribunal.

Telésforo Sepúlveda y Raimundo Quirindongo fueron acusados del delito de turbar la paz, por haber sostenido una riña, de la cual resultaron ambos con lesiones. Ambos fueron condenados en la corte municipal a $10 de multa. Apeló de esta sentencia Telésforo Sepúlveda, y habiendo sido declarado culpable y condenado por la Corte de Distrito de Ponce, interpuso el presente recurso de apelación, alegando que la corte inferior cometió error al declarar que Telésforo Sepúlveda había sido el primero en agredir a Raimundo Quirindongo, y que la sentencia es contraria a los hechos y la prueba. El tribunal sentenciador entendió que la agresión que provocó la riña partió de Telésforo Sepúlveda. Sobre este punto la prueba es contradictoria. José Medina, testigo de cargo, declara que el apelante y Quirindongo, después de un cambio de palabras, "se emburujaron", que hubo trompadas, que "se agarraron" en seguida y que no pudo apreciar quién dió primero porque estaba hablando. Raimundo Quirindongo declara que yendo para el pueblo tropezó con el acusado, a quien llamó la atención sobre una cantidad que le debía, que el acusado le dijo: "Que razón más sucia me manda Ud.", y le pegó una pescozada, que el testigo, que montaba un caballo, se fué del otro lado del estribo y "se quedó guindando", y que el acusado lo empuñó por el pelo, lo haló y le tiró con una piedra. Guillermo Vicens y Miguel de Jesús declaran que Quirindongo fué quien agredió primero. El acusado declara que Quirindongo le dijo: "Oiga, Sepúlveda, déme mi dinero, ya he esperado demasiado", y que entonces Quirindongo le tiró y le dió, cayendo del caballo que montaba. Que al testigo lo cogieron por un lado y a Quirindongo por otro, que la única herida que tiene se la

dió Quirindongo y que éste, al caerse, se destrozó y se dió como diez heridas.

La corte inferior apreció la prueba y declaró culpable al acusado. Se ha demostrado que ambos contendientes recibieron lesiones, el acusado una herida y Quirindongo como diez, aunque el primero declara que estas heridas se las produjo Quirindongo al caerse del caballo que montaba. Cuando existe conflicto en la prueba y la corte resuelve este conflicto en contra del acusado, y no hay nada que demuestre pasión, prejuicio o parcialidad por parte de la corte sentenciadora, la conclusión de la corte inferior sobre la prueba debe sostenerse.

Además hemos estudiado cuidadosamente toda la prueba practicada y creemos que la corte inferior no estuvo desacertada al declarar culpable al acusado.

*Debe confirmarse la sentencia apelada.*